QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Raymone K. Miller

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S-05-099 LKK |
| Plaintiff, | ) | |
| v. | ) | |
| RAYMONE K. MILLER, | ) | **ORDER** |
| Defendant. | ) | |

The above captioned matter came on for status conference on April 26, 2005.  The government was represented by Assistant United States Attorney Richard Bender.  The defendant was present with his counsel Federal Defender Quin Denvir.  The defense has made a request for additional discovery.  The government is in the process of responding to the request.  The government has made a plea offer.  The parties agreed that the status conference should be continued to May 10, 2005 at 9:30 a.m.  The Court so ordered.

DATED: __April 28, 2005        /s/Lawrence K. Karlton
                               LAWRENCE K. KARLTON
                               Senior United States District Judge