QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Raymone K. Miller

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>               Plaintiff,          )<br>                                                              )<br>     v.                                                    )<br>                                                              )<br>RAYMONE K. MILLER,                       )<br>                                                              )<br>               Defendant.       )<br>_____) | No. CR S-05-099 LKK<br><br><br><br>**PROPOSED ORDER** |

       The above captioned matter came on for status conference on May 10, 2005 at 9:30 a.m.  The government was represented by Assistant United States Attorney Richard Bender.  The defendant, who was present in court, was represented by Federal Defender Quin Denvir.  The government stated that it opposed immediate sentencing.  The defendant stated he wanted additional time in which to consider the proposed plea agreement.  The parties agreed that time should be excluded under Local Code T-4 to May 24.  The status conference was continued to that date.

DATED: May 12, 2005          _____/s/Lawrence K. Karlton_____
                                                 LAWRENCE K. KARLTON
                                                 Senior United States District Judge