**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**United States Probation Office**

---

# I N T E R O F F I C E   M E M O R A N D U M

---

**TO:** Ana Rivas, Courtroom Clerk
of the Honorable Lawrence K. Karlton

**FROM:** Deborah A. Spencer
Supervising United States Probation Officer

**DATE:** September 26, 2008

**SUBJECT:** Raymone Kenneth MILLER
Docket Number:  2:05CR00099-01
<u>REQUEST FOR CONTINUANCE</u>

---

This is to advise that we are requesting this matter be continued on Your Honor's calendar from September 30, 2008, to October 7, 2008, at 9:15 a.m. for further status. The Asisistant United States Attorney, Richard J. Bender has been notified and a message has been left for Defense Counsel, Lauren Cusick regarding the continuance request.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

DAS/cj
cc:   Probation Office
Richard J. Bender, Assistant United States Attorney
Lauren Cusick, Defense Counsel

__✔__       **Approved**

_____       _09/29/2008_
**LAWRENCE K. KARLTON**                  **Date**
**Senior United States District Judge**

____       **Disapproved**